NORRIS MOREY et al., Appellants, *v.* CASPER SCHUSTER et al., Respondents.

(Submitted March 13, 1916; decided March 21, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 217 N. Y. 639.) It is conceded by respondents as one ground of opposition to this motion that under the provisions of section 405 of the Code of Civil Procedure the Statute of Limitations cannot be invoked as a defense to an action by the appellants to recover the value of their services.